IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

        Plaintiff,                    No. CIV 2:11-cv-1019-GEB-JFM

    vs.

CHASE HOME FINANCE LLC, *et al.*,

        Defendants.               <u>ORDER</u>

_____/

        On August 2, 2011, the undersigned issued findings and recommendations recommending that defendants' April 25, 2011 motion to dismiss be granted with prejudice.  On August 16, 2011, plaintiff filed timely objections.  Plaintiff also filed a motion for de novo determination of defendants' motion to dismiss, which is set for hearing on September 22, 2011 before the undersigned.  Plaintiff is informed that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Honorable Garland E. Burrell, Jr., will conduct a <u>de</u> <u>novo</u> review of this case, rendering plaintiff's motion for a de novo determination moot.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 16, 2011 motion for de novo determination is denied as moot; and

/////

1

2. The September 22, 2011 hearing on the motion is vacated.

DATED: August 24, 2011.

                                   _____
                                   UNITED STATES MAGISTRATE JUDGE

/014;vela1019.jo(3)